OLWEN FALKENSTEIN *v.* MICHAEL FALKENSTEIN

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 495 (AC 24375), is denied.

*Conrad Ost Seifert,* in support of the petition.

*Charles T. Busek,* in opposition.

Decided September 29, 2004

EARL H. REID *v.* COMMISSIONER OF CORRECTION

The petitioner Earl H. Reid's petition for certification for appeal from the Appellate Court, 83 Conn. App. 904 (AC 24967), is denied.

*Earl H. Reid,* pro se, in support of the petition.

*Ann E. Lynch,* assistant attorney general, in opposition.

Decided October 6, 2004

STATE OF CONNECTICUT *v.* JOSE L. MORALES

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 283 (AC 22532), is denied.

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

*David V. DeRosa,* special public defender, in support of the petition.

*Melissa L. Streeto,* deputy assistant state's attorney, in opposition.

Decided October 6, 2004